# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OVERBROOK PROPERTIES, LLC** <br><br> v. <br><br> **ALLSTATE INDEMNITY COMPANY** | **CIVIL ACTION** <br><br> **NO. 18-630** |

## O R D E R

**AND NOW**, this 17th day of July, 2018, for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Dismiss the Amended Complaint (ECF 5) is **DENIED**. The Motion to Strike is **GRANTED** in part, and **DENIED** in part.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Christina.2017\Overbrook Properties v. Allstate (18-630\18cv630 order MTD.docx